IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELGIN BROWN, # 195346, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:13cv134-WHA |
| | ) |
| BOBBY BARRETT, | ) |
| | ) |
| Defendant. | ) |

**ORDER AND OPINION**

On December 11, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 16). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is hereby ADOPTED. Judgment will be entered dismissing this case without prejudice.

Done, this 11th day of January, 2016.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE